KRIS MAYES
Attorney General

Byron J. Babione (024320)
Kate Weeks (039860)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7690 (BB)
                  (602) 542-8622 (KW)
Fax: (602) 542-3393
DefensePhx@azag.gov
Byron.Babione@azag.gov
Kate.Weeks@azag.gov

*Attorneys for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>                              Plaintiff,<br><br>     vs.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>                              Defendants. | Case No:<br><br>Maricopa County Case No.: CV2025-037251<br><br>**NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446** |

Defendants, William Lemon and Ty E. Gray ("State Defendants") by and through undersigned counsel, hereby give notice of removal of the state court action entitled *Mark Hafkey v. William Lemon, et al.,* currently pending in the Superior Court of the State of Arizona, Maricopa County, Case No. CV2025-037251, to the United States District Court for the District of Arizona, and in support of removal state the following:

1. William Lemon was served with a copy of the Summons and Complaint on January 9, 2026 and the proof of service was filed on January 21, 2026.

2.  Undersigned counsel accepted service of the Summons and Complaint on behalf of Ty E. Gray on February 27, 2026.

3. The Attorney General's Office represents William Lemon and Ty E. Gray.

1

4. Pursuant to LR Civ 3.6, the following documents are attached as Exhibit A and constitute all of the pleadings and documents filed in the state court action:

    a.    Verification

    b.    Court Docket

    c.    Complaint

    d.    Civil Cover Sheet

    e.    Certificate of Compulsory Arbitration

    f.    Summons – William Lemon

    g.    Summons – Ty E. Gray

    h.    Minute Entry regarding Intent to Dismiss Lawsuit

    i.    Proof of Service – William Lemon

    j.    Stipulated Motion to Extend Time to Respond to Complaint

    k.    Court Order regarding Defendants' Stipulated Motion to Extend Time to Respond to Complaint

    l.    Plaintiff's Motion to Extend Service Deadline

    m.    Acceptance/Waiver of Service – Ty E. Gray

    n.    Defendants' Second Stipulation to Extend Answer Deadline

    o.    Court Order regarding Defendants' Second Stipulated Motion to Extend Time to Respond to Complaint

    p.    Minute Entry regarding Plaintiff's Motion for Extension of Time to Serve Defendant Ty E. Gray

5. State Defendants have not pled or answered.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is within 30 days after receipt of a pleading, motion, order, or other paper from which it may be ascertained that the case is one which is or has become removable, and within one year after commencement of the action and within 30 days of the last acceptance or waiver of service filed in this action.

7. Namely, this Notice of Removal is filed within 30 days of Defendant Gray's acceptance of service of the Summons and Complaint, which is signed by undersigned counsel on behalf of Ty E. Gray dated February 27, 2026.

8. Additionally, with the permission of and on behalf of Defendant William Lemon, undersigned counsel hereby consents to Defendant Gray's removal of this action here.

9. Under 28 U.S.C. § 1441(a), this action is removable to this Court because 28 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiff's claims arising under the Constitution or laws of the United States. Plaintiff asserts claims for the deprivation of his constitutional rights under the Fourth, Fifth and Fourteenth Amendments.

10. To the extent Plaintiff's Complaint raises state-law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) when the state-law claims form part of the same case or controversy as the federal question claims for which the Court has original jurisdiction.

11. A copy of this Notice is being filed with the Clerk of the Superior Court of Maricopa County pursuant to LR Civ 3.6.

Dated this 27th day of March, 2026.

Kris Mayes
Attorney General

/s Byron J. Babione
Byron J. Babione
Kate Weeks
Assistant Attorneys General
*Attorneys for State Defendants*

Original of the foregoing electronically
filed this 27th day of March, 2026, with:
the Clerk of the United States District Court
using the CM/ECF System and transmittal
to the following registrants:

Sean A. Woods
Robert T. Mills
Mills and Woods, PLLC
5055 N. 12th Street, Ste. 101

Phoenix, Arizona  85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*


By s/ Tatiana Nunez