# UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):  **Mark Hafkey , an individual;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Sean A. Woods ,**
Mills + Woods Law, PLLC
5055 N. 12th St., Suite 101
Phoenix, Arizona  85014
480-999-4556

**Defendant**(s):  **William Lemon , an individual; Ty E. Gray , an individual;**

County of Residence: Maricopa

Defendant's Atty(s):

**Byron J. Babione ,**
Arizona Attorney General's Office
2005 N. Central Ave
Phoenix, Arizona  85004
602-542-7690
**Kate Weeks ,**
Arizona Attorney General's Office
2005 N. Central Ave
Phoenix, Arizona  85004
602-542-8622

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-037251**

II. Basis of Jurisdiction: — **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- — **1 Citizen of This State**

Defendant:- — **N/A**

IV. Origin : — **2. Removed From State Court**

V. Nature of Suit: — **440 Other Civil Rights**

VI.Cause of Action: — **42 U.S.C. 1983. Plaintiff asserts claims for the deprivation of his constitutional rights under Fourth Fifth and Fourteenth Amendment.**

VII. Requested in Complaint

Class Action: — **No**

Dollar Demand: — **N/A**

Jury Demand: — **Yes**

VIII. This case **is not related** to another case.

**Signature:** <u>Byron J. Babione</u>

**Date:** <u>3/30/2026</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014