Kristin K. Mayes
Attorney General

Byron J. Babione (#024320)
Kate Weeks (#039860)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone:    (602) 542-7690 (BB)
                      (602) 542-8622 (KW)
Fax: (602) 542-3393
Defensephx@azag.gov
Byron.Babione@azag.gov
Kate.Weeks@azag.gov

*Attorneys for State Defendants*

# UNITED STATES FEDERAL DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>                    Defendants. | Case No: 2:26-cv-02135-KML-CDB<br><br>**THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Assigned to Honorable Krissa M Lanham) |

Defendants William Lemon and Ty Gray ("State Defendants") and Plaintiff Mark Hafkey, through undersigned counsel, stipulate and request that the Court extend the deadline for State Defendants to file a response to the Complaint by 14 days, up to April 24, 2026.

The following good cause exists to extend the deadline by 14 days.

1.     The response to the Complaint is due for filing by Friday, April 10, 2026.

2.     State Defendants believe that the Complaint should be dismissed and intend to file a Motion to Dismiss.

3.     State Defendants have provided Plaintiff with its rationale for the Motion.

4. The parties have been attempting to meet and confer to discuss whether the Defendants' intended Motion to Dismiss can be avoided or limited.

5. However, undersigned Plaintiff's counsel is addressing a family health concern, which has prevented him from fully discussing with his client, the Defendants' intended Motion to Dismiss, which is necessary to effectively meet and confer.

6. The requested extension will allow Plaintiff's side to discuss Defendants' Motion to Dismiss points and then meet and confer with Defendants about whether the Motion to Dismiss may be avoided or limited in scope.

Accordingly, State Defendants and Plaintiff request that the Court Order that the Complaint response deadline for filing be **extended for up to and until April 24, 2026** to complete the meet and confer before a response is filed.

DATED this 8th day of April, 2026.

Kristin K. Mayes
Attorney General

/s/ Byron Babione
Byron J. Babione
Kate Weeks
Assistant Attorneys General
*Attorneys for State Defendants*

Mills and Woods, PLLC
/s/ Sean Woods (w/permission)
Sean A. Woods
Robert T. Mills
*Attorneys for Plaintiff*

ORIGINAL filed via AzTurboCourt
and a COPY e-served this 8th
day of April, 2026 to:

Sean A. Woods
Robert T. Mills
Mills and Woods, PLLC
5055 N. 12th Street, Ste. 101
Phoenix, Arizona  85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*
/s/ Tatiana Nunez

2