# UNITED STATES FEDERAL DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>        Defendants. | Case No: 2:26-cv-02135-KML-CDB<br><br>**[PROPOSED] ORDER** |

The Court having considered the Parties' Third Stipulation for Extension of Time to Respond to Complaint, and good cause appearing:

IT IS ORDERED granting the Stipulation for Extension of Time to Respond to Complaint.

IT IS FURTHER ORDERED that the State Defendants shall file a Response to Plaintiff's Complaint no later than April 24, 2026.

DATED this ___ day of _____, 2026.

_____
Honorable Krissa M. Lanham
United States District Court