Kristin K. Mayes
Attorney General

Byron J. Babione (#024320)
Kate Weeks (#039860)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone:    (602) 542-7690 (BB)
                     (602) 542-8622 (KW)
Fax: (602) 542-3393
Defensephx@azag.gov
Byron.Babione@azag.gov
Kate.Weeks@azag.gov

*Attorneys for State Defendants*

**UNITED STATES FEDERAL DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>                      Defendants. | Case No: 2:26-cv-02135-KML-CDB<br><br>**CERTIFICATE OF GOOD FAITH CONSULTATION**<br><br>(Assigned to Honorable Krissa M. Lanham) |

Defendants William Lemon and Ty E. Gray ("State Defendants") certify that pursuant to Local Rule 12.1(c), they emailed opposing counsel on March 31, 2026, notifying the issues asserted in State Defendants' Motion to Dismiss.  On April 8, 2026, States Defendants followed up with another email stating they had not received a response.  Opposing counsel then requested additional time to respond, and the Court extended the deadline until April 24, 2026.  On April 22, 2026, Counsel for State Defendants' sent another email asking for Plaintiff's position on the issues asserted in the State Defendants' Motion to Dismiss.  As of filing, undersigned counsel has not heard from opposing counsel regarding the issues raised in State Defendants' motion, and therefore, the parties were unable to agree that the pleading was curable.

DATED this 24th day of April, 2026.

Kristin K. Mayes
Attorney General

/s/ Byron J. Babione
Byron J. Babione
Kate Weeks
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM-ECF
and a COPY e-served this 24th
day of April, 2026 to:

Sean A. Woods
Robert T. Mills
Mills and Woods, PLLC
5055 N. 12th Street, Ste. 101
Phoenix, Arizona  85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

/s/ Tatiana Nunez