Kristin K. Mayes
Attorney General

Byron J. Babione (#024320)
Kate Weeks (#039860)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone:   (602) 542-7690 (BB)
                      (602) 542-8622 (KW)
Fax: (602) 542-3393
Defensephx@azag.gov
Byron.Babione@azag.gov
Kate.Weeks@azag.gov

*Attorneys for State Defendants*

## UNITED STATES FEDERAL DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>                    Defendants. | Case No: 2:26-cv-02135-KML-CDB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS**<br><br>(Assigned to Honorable Krissa M. Lanham) |

**TO ALL THE PARTIES:**

Defendants William Lemon and Ty E. Gray ("State Defendants"), pursuant to Federal Rule of Evidence 201, respectfully request that the Court judicially notice the following records from the Maricopa County Superior Court:

**1.**     The October 2024 Plea Agreement between the State of Arizona and Plaintiff Mark Hafkey, filed in Williams Justice Court in *Arizona v. Hafkey*, Case No. J-0302-CM-2022000167. A true and accurate copy of the same is attached to the Weeks Dec. as Exhibit A.

**2.**     The contents of the court docket information for the Williams Justice Court in *Arizona v. Hafkey*, Case No. J-0302-CM-2022000167. A true and accurate copy of the same is attached to the declaration of Kate Weeks. ("Weeks Dec.") as Exhibit B.

The above-listed documents are not subject to reasonable dispute because they can be readily and accurately determined from official court records, the accuracy of which cannot be questioned. Fed. R. Evid. 201(b). "In particular, a court may take judicial notice of its own records in other cases," as well as those from other courts. *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980). Likewise, a "federal district court can take judicial notice of its own records." *Chandler v. United States*, 378 F.2d 906, 909 (9th Cir. 1967). And this Court may judicially notice documents that are incorporated by reference into the Complaint, as all the above-referenced documents have. *United States v. Ritchie*, 342 F.3d 903, 907 (9th Cir. 2003). Accordingly, this Court may take judicial notice of the court records listed above from the Williams Justice Court.

DATED this 24th day of April, 2026.

Kristin K. Mayes
Attorney General

/s/ Byron J. Babione
Byron J. Babione
Kate Weeks
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM-ECF
and a COPY e-served this 24th
day of April, 2026 to:

Sean A. Woods
Robert T. Mills
Mills and Woods, PLLC
5055 N. 12th Street, Ste. 101
Phoenix, Arizona  85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

/s/ Tatiana Nunez

2