Kristin K. Mayes
Attorney General

Byron J. Babione (#024320)
Kate Weeks (#039860)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone:   (602) 542-7690 (BB)
             (602) 542-8622 (KW)
Fax: (602) 542-3393
Defensephx@azag.gov
Byron.Babione@azag.gov
Kate.Weeks@azag.gov

*Attorneys for State Defendants*

**UNITED STATES FEDERAL DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>Plaintiff,<br><br>v.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>Defendants. | Case No: 2:26-cv-02135-KML-CDB<br><br>**DECLARATION OF KATE WEEKS IN SUPPORT OF STATE DEFENDANTS MOTION TO DISMISS**<br><br>(Assigned to Honorable Krissa M. Lanham) |

I, Kate Weeks, declare:

1.      I am an attorney admitted to practice in, *inter alia*, the State of Arizona and this Court. I am an Assistant Attorney General with the Arizona Attorney General's Office. I represent the Defendants William Lemon and Ty E. Gray ("State Defendants") in the above captioned matter. I submit this declaration in support of the Request for Judicial Notice in Support of State Defendants' Motion to Dismiss. I have reviewed each document below, which I obtained from the Williams Justice Court Docket. I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently thereto under oath.

2.     Attached as Exhibit A is a true and accurate copy of the October 2024 Plea Agreement between the State of Arizona and Plaintiff Mark Hafkey.

3.     Attached as Exhibit B is a true and accurate copy of the court docket listings in Williams Justice Court Case for *Arizona v. Hafkey*, Case No. CM2022-0167.

DATED this 24th day of April, 2026.

Kristin K. Mayes
Attorney General

*/s/ Kate Weeks*
Byron J. Babione
Kate Weeks
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM-ECF
and a COPY e-served this 24th
day of April, 2026 to:

Sean A. Woods
Robert T. Mills
Mills and Woods, PLLC
5055 N. 12th Street, Ste. 101
Phoenix, Arizona  85014
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

/s/ Tatiana Nunez

2