# EXHIBIT A

RECEIVED

OCT 0 9 2024

BY: .............................

## IN THE JUSTICE COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF COCONINO, WILLIAMS PRECINCT

| | | |
|---|---|---|
| THE STATE OF ARIZONA, | ) | CASE #CM2022-0167 |
| Plaintiff, | ) | |
| vs | ) | |
| | ) | |
| MARK RICHARD HAFKEY, | ) | PLEA AGREEMENT |
| Defendant. | ) | |

The State of Arizona and the defendant hereby agree to the following disposition of this case:

**Plea** The Defendant agrees to plead GUILTY pursuant to **NORTH CAROLINA V. ALFORD** 400 U.S. 25 (1970) to:

Count E: **Unlawfully Taking/Possessing Wildlife, a class 2 misdemeanor, in violation of ARS §§ 17-309(A)(2) committed on or about December 7, 2021.**

This crime carries a maximum sentence of FOUR MONTHS in jail. Probation is available. The maximum fine that can be imposed is $750.

The parties stipulate to the following terms, subject to court approval at the time of sentencing as set forth in paragraph 3:
**Count E: The defendant shall pay a fine of $1100, no jail, no probation.**

The following charges are dismissed, or if not yet filed, shall not be brought against the Defendant by the Coconino County Attorney's Office: **All other counts.**

### ADDITIONAL UNDERSTANDINGS, TERMS AND CONDITIONS

1. This agreement, unless rejected or withdrawn, serves to amend the complaint to charge the offense(s) to which the defendant pleads, without the filing of any additional pleading. If the plea is rejected or withdrawn, the original charges are reinstated automatically. Should the Court reject this agreement, or the State withdraw from the agreement, the defendant hereby waives all claims of double jeopardy.

2. Unless this plea is rejected or withdrawn, the defendant hereby gives up any and all motions, defenses, objections or requests which the defendant has made or raised, or could assert hereafter, to the Court's entry of judgment against the defendant and imposition of a sentence upon the defendant consistent with this agreement

3. That, if after accepting this agreement, the Court concludes that any of its provisions regarding the sentence or the term and conditions of probation are inappropriate, it can reject the plea, giving the defendant and the State an opportunity to withdraw from the plea. Entry of judgment and sentence in accordance with this agreement serves to show acceptance of the Court.

4. I have discussed with my lawyer whether I should plead guilty or not guilty. After that discussion, I decided for myself that I should plead guilty freely and voluntarily pursuant to NORTH CAROLINA V. ALFORD, 400 U.S. 25 (1970) because while I do not admit that I committed the crime charged, I understand that evidence against me could potentially sway this Court to a conviction, and it is not in my interest to go to trial. Having read and understood the terms and conditions set forth in this agreement and having discussed the case and constitutional rights with my lawyer and/or having them explained to me by the Court, I agree to enter the plea as noted above on the terms and conditions set forth herein. I understand that by entering my plea, I GIVE UP MY RIGHT TO A TRIAL, TO CONFRONT, CROSS-EXAMINE, AND TO COMPEL THE ATTENDANCE OF WITNESSES, AND MY PRIVILEGE AGAINST SELF-INCRIMINATION, AND I WAIVE MY RIGHT TO HAVE THE APPELLATE COURTS REVIEW THE PROCEEDINGS BY WAY OF DIRECT APPEAL. I further understand that if, as part of this plea agreement, I am granted probation by the Court, the period and conditions thereof are subject to modification at any time during the probationary period in the event I violate any written condition of probation.

Date: __10-9-24__     Defendant _____

I have discussed this case with my client in detail and advised my client of his or her constitutional rights and all possible defenses. I believe that the defendant's plea is knowing, intelligent, and voluntary and that the plea and disposition are consistent with law.

Date: __10/9/24__     Defense Counsel _____

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

Date: __10/8/24__     Prosecutor ___/s/ Kevin Kent_____

IT IS HEREBY ORDERED that this agreement and Defendant's plea of guilty be accepted, the Court finding a factual basis for any plea of guilty and that Defendant entered such plea knowingly, intelligently, and voluntarily.

Date: _____     Justice of the Peace _____

## WILLIAMS PRECINCT, COCONINO COUNTY
### 700 W RAILROAD AVE, WILLIAMS, AZ 86046 (928) 679-7698

| | | |
|---|---|---|
| STATE OF ARIZONA<br>VS<br>MARK RICHARD HAFKEY<br>PO BOX 344<br>RAYMOND, CA 93653<br>DEFENDANT | CASE NO.<br><br>CM2022-0167 | **GUILTY/NO CONTEST<br>PLEA PROCEEDING** |

Defendant personally appearing before me, I have ascertained the following facts, noting each by initialing it. Judge's Initials:

*RTC* 1. The Defendant understands the nature of the charges(s) against him/her namely:
□ a violation of the City Code, □a misdemeanor, or □a petty offense

*RK* 2. The Defendant understands the range of possible sentences for the offenses charged, from a suspended sentence to a maximum of __4m_____, and that the mandatory minimum (if any) is _____, and that he/she can be fined up to $__750_____, and that if he/she defaults in payment or any installment, the Court may issue a warrant for his/her arrest, adjudge him/her in contempt of Court upon a finding that the default was willful, and incarcerate him/her in jail.

*RC* 3. That Defendant understands the following constitutional rights which he/she gives up by pleading guilty:
  (a) The right to trial by jury, if any, or trial to the court.
  (b) The right to the assistance of an attorney to all steps of the proceeding, and in certain cases to an appointed attorney, if Defendant cannot afford one.
  (c) The right to confront the witnesses against him/her and to cross-examine them as to the truthfulness of their testimony.
  (d) The right to present evidence on his /her behalf and to have the state compel witnesses of his/her choosing to appear and testify.
  (e) The right to remain silent and to be presumed innocent until proven guilty beyond a reasonable doubt.

*RJC* 4. The Defendant wishes to give up the constitutional rights of which he/she has been advised.
*RJC* 5. That there exists a basis in fact for believing Defendant guilty of offense charged.
*RJC* 6. The Defendant and the prosecutor have entered into a plea agreement and that Defendant understands and Consent to its terms.
*RK* 7. That the plea is voluntary and not the result of force, threats, or promises other than a plea agreement.
*RK* 8. That Defendant is satisfied with the services of his/her attorney.
*RK* 9. That Defendant cannot appeal.
*RJC* 10. That Defendant understands immigration warning.

I CERTIFY THAT THE JUDGE PERSONALLY ADVISED ME OF THE MATTERS NOTED ABOVE; THAT I FULLY UNDERSTAND, AGREE WITH, AND APPROVE THE FINDINGS MADE BY THE JUDGE; THAT I UNDERSTAND THE CONSTITUTIONAL RIGHTS WHICH I GIVE UP BY ENTERING THIS PLEA; AND THAT I STILL DESIRE TO PLEAD ☒ GUILTY  □ NO CONTEST, TO THE CHARGES SET FORTH ABOVE.

DATED:_____

BY Zoom
_____
Defendant

_____
Defense Attorney, if any

ON THE BASIS OF THESE FINDINGS, I CONCLUDE THAT THE DEFENDANT KNOWINGLY, VOLUNTARILY, AND INTELLIGENTLY ENTERS A GUILTY OR NO CONTEST PLEA TO THE ABOVE CHARGES, AND I ACCEPT HIS/HER PLEA.

DATED:__10/11/24__

_____
JUDGE