# EXHIBIT B

To order copies of any documents listed below, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

**This docket is current through 03/20/2026**

Today's Date: 4/22/2026
Source: Williams Justice Of The Peace Court, Coconino COUNTY, Arizona

<table>
<tr><td>DISCLAIMER</td></tr>
</table>

This Data is provided for informational purposes only and it is not the official record. For copies of the official record (of an incarceration, conviction or court filing record) contact the source agency or court. In addition to any obligations under your Subscriber Agreement, your use of this data may be governed by the **Supplier Additional Terms (see Footer).**

## CASE INFORMATION

| | |
|---|---|
| **Case Title:** | State Of Arizona v. Mark Richard Hafkey |
| **Court:** | Williams Justice Of The Peace Court, Coconino COUNTY |
| **Case Number:** | J-0302-CM-2022000167 |
| **Case Type:** | Criminal |
| **Key Nature of Suit:** | Criminal (150) |
| **Date Filed:** | 12/01/2022 |
| **Disposition Date:** | 10/11/2024 |

## PARTICIPANT INFORMATION

### State Of Arizona

| | |
|---|---|
| **Type:** | Plaintiff |
| **Participant ID:** | 19964131 |

### Mark Richard Hafkey

| | |
|---|---|
| **Type:** | Defendant |
| **Participant ID:** | 587916 |
| **Other ID Numbers:** | 4506 |
| **Address:** | Po Box 344 |
| | Raymond, CA 93653 |
| **Sex:** | Male |
| **National Origin:** | None |

## CHARGE OR OFFENSE INFORMATION

| | |
|---|---|
| **Offense Committed:** | Obtn Fish/Game Lic By Fraud |
| **Class of Offense:** | 10/11/2024 |
| **Number of Counts/Crimes:** | 1 |
| **Charge Disposition Date:** | Misdemeanor 2st Degree |
| **Charge Disposition:** | Dismissed On Motion/Request Of Prosecutor |
| **Miscellaneous Information:** | Citation Type: Azf; Citation Number: B76063 |
| **Offense Committed:** | Take Wild Life W/O Valid Licens |
| **Class of Offense:** | 10/11/2024 |
| **Number of Counts/Crimes:** | 2 |
| **Charge Disposition Date:** | Misdemeanor 2st Degree |

| | |
|---|---|
| **Charge Disposition:** | Dismissed On Motion/Request Of Prosecutor |
| **Miscellaneous Information:** | Citation Type: Azf; Citation Number: B76063 |
| **Offense Committed:** | Obtn Fish/Game Lic By Fraud |
| **Class of Offense:** | 10/11/2024 |
| **Number of Counts/Crimes:** | 3 |
| **Charge Disposition Date:** | Misdemeanor 2st Degree |
| **Charge Disposition:** | Dismissed On Motion/Request Of Prosecutor |
| **Miscellaneous Information:** | Citation Type: Azf; Citation Number: B76063 |
| **Offense Committed:** | Take Wildlife Without Valid Tag |
| **Class of Offense:** | 10/11/2024 |
| **Number of Counts/Crimes:** | 4 |
| **Charge Disposition Date:** | Misdemeanor 2st Degree |
| **Charge Disposition:** | Dismissed On Motion/Request Of Prosecutor |
| **Miscellaneous Information:** | Citation Type: Azf; Citation Number: B76063 |
| **Offense Committed:** | Take/Possss/Sell Wildlife |
| **Class of Offense:** | 10/11/2024 |
| **Number of Counts/Crimes:** | 5 |
| **Charge Disposition Date:** | Misdemeanor 2st Degree |
| **Charge Disposition:** | Plea Of Guilty Or Responsible, Sentence Imposed |
| **Miscellaneous Information:** | Citation Type: Azf; Citation Number: B76063 |

## DOCKET PROCEEDINGS (88)

| Date: | Entry #: | Description: | Date Docketed: | Party: | |
|---|---|---|---|---|---|
| 02/12/2026 | | **Docket Entry:** Correspondence | | | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Completed Onbase Back Scan | | | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Hearing Vacated: 12/05/2024 At 9:00am In Court Room | | P1 | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Hearing Vacated: 12/05/2024 At 9:00am In Court Room | | D1 | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Receipt# P00025531 Generated For The Amount Of $ 1100.00 | | D1 | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Receivable 148963 Suspended For $40.00 Susp | | D1 | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Scheduling Event Generated For @ 10/14/2024 10:23:19 AM | | P1 | Send Runner to Court |
| 10/14/2024 | | **Docket Entry:** Scheduling Event Generated For @ 10/14/2024 10:23:19 AM | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Case Worksheet Event | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Criminal Case Delinquency Notice Generated | | | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Criminal Case Delinquency Notice Requested | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Disposition Set: 11-Plea Guilty/Resp Sent Imposed. Date: 10/ | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Disposition Set: 44-Charge Dismissed By Prosecutor. Date: 10 | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Failure To Pay | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Failure To Pay Compliance Issue | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Fees/Fines Receivable# 148901 Generated For Amount $1046.6 | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Fees/Fines Receivable# 148902 Generated For Amount $53.4 | | D1 | Send Runner to Court |
| 10/11/2024 | | **Docket Entry:** Olcp Post Disposition Auto Send | | D1 | Send Runner to Court |

| Date | Docket Entry | Party | |
|---|---|---|---|
| 10/11/2024 | **Docket Entry:** Plea - Alford Plea With A Plea Date 10/11/2024 2:16:06 PM | D1 | Send Runner to Court |
| 10/01/2024 | **Docket Entry:** Change Of Plea Hearing Scheduled On 10/11/2024 At 2:30pm | P1 | Send Runner to Court |
| 10/01/2024 | **Docket Entry:** Change Of Plea Hearing Scheduled On 10/11/2024 At 2:30pm | D1 | Send Runner to Court |
| 10/01/2024 | **Docket Entry:** Nonjury Trial Scheduled On 12/05/2024 At 9:00am In Court Ro | P1 | Send Runner to Court |
| 10/01/2024 | **Docket Entry:** Nonjury Trial Scheduled On 12/05/2024 At 9:00am In Court Ro | D1 | Send Runner to Court |
| 09/26/2024 | **Docket Entry:** Scheduling Event Generated For @ 9/26/2024 2:30:40 PM | P1 | Send Runner to Court |
| 09/26/2024 | **Docket Entry:** Scheduling Event Generated For @ 9/26/2024 2:30:40 PM | D1 | Send Runner to Court |
| 09/17/2024 | **Docket Entry:** Case Status Review Continued To 09/26/2024 At 2:00pm In Cou | P1 | Send Runner to Court |
| 09/17/2024 | **Docket Entry:** Case Status Review Continued To 09/26/2024 At 2:00pm In Cou | D1 | Send Runner to Court |
| 09/16/2024 | **Docket Entry:** Motion - Granted | | Send Runner to Court |
| 09/16/2024 | **Docket Entry:** Motion Filed | D1 | Send Runner to Court |
| 09/09/2024 | **Docket Entry:** Case Status Review Continued To 09/19/2024 At 2:30pm In Cou | P1 | Send Runner to Court |
| 09/09/2024 | **Docket Entry:** Case Status Review Continued To 09/19/2024 At 2:30pm In Cou | D1 | Send Runner to Court |
| 07/19/2024 | **Docket Entry:** Motion - Granted | | Send Runner to Court |
| 07/19/2024 | **Docket Entry:** Nonjury Trial Continued To 08/29/2024 At 1:30pm In Court Ro | P1 | Send Runner to Court |
| 07/19/2024 | **Docket Entry:** Nonjury Trial Continued To 08/29/2024 At 1:30pm In Court Ro | D1 | Send Runner to Court |
| 07/17/2024 | **Docket Entry:** Motion Filed | D1 | Send Runner to Court |
| 05/22/2024 | **Docket Entry:** Nonjury Trial Continued To 07/25/2024 At 9:30am In Court Ro | P1 | Send Runner to Court |
| 05/22/2024 | **Docket Entry:** Nonjury Trial Continued To 07/25/2024 At 9:30am In Court Ro | D1 | Send Runner to Court |
| 04/25/2024 | **Docket Entry:** Nonjury Trial Continued To 06/06/2024 At 9:30am In Court Ro | P1 | Send Runner to Court |
| 04/25/2024 | **Docket Entry:** Nonjury Trial Continued To 06/06/2024 At 9:30am In Court Ro | D1 | Send Runner to Court |
| 04/01/2024 | **Docket Entry:** Nonjury Trial Scheduled On 04/25/2024 At 9:30am In Court Ro | P1 | Send Runner to Court |
| 04/01/2024 | **Docket Entry:** Nonjury Trial Scheduled On 04/25/2024 At 9:30am In Court Ro | D1 | Send Runner to Court |
| 12/05/2023 | **Docket Entry:** Correspondence | | Send Runner to Court |
| 11/09/2023 | **Docket Entry:** Scheduling Event Generated For @ 11/9/2023 2:54:55 PM | P1 | Send Runner to Court |
| 11/09/2023 | **Docket Entry:** Scheduling Event Generated For @ 11/9/2023 2:54:55 PM | D1 | Send Runner to Court |
| 10/26/2023 | **Docket Entry:** Oral Argument Continued To 11/09/2023 At 2:00pm In Court Ro | P1 | Send Runner to Court |
| 10/26/2023 | **Docket Entry:** Oral Argument Continued To 11/09/2023 At 2:00pm In Court Ro | D1 | Send Runner to Court |
| 10/05/2023 | **Docket Entry:** Case Status Review Continued To 10/26/2023 At 1:00pm In Cou | P1 | Send Runner to Court |

| 10/05/2023 | **Docket Entry:** Case Status Review Continued To 10/26/2023 At 1:00pm In Cou | D1 | Send Runner to Court |
|---|---|---|---|
| 10/03/2023 | **Docket Entry:** Reply To Response Filed | D1 | Send Runner to Court |
| 09/22/2023 | **Docket Entry:** Miscellaneous | D1 | Send Runner to Court |
| 09/22/2023 | **Docket Entry:** Response Filed | P1 | Send Runner to Court |
| 09/18/2023 | **Docket Entry:** Case Status Review Scheduled On 10/05/2023 At 10:00am In Cou | P1 | Send Runner to Court |
| 09/18/2023 | **Docket Entry:** Case Status Review Scheduled On 10/05/2023 At 10:00am In Cou | D1 | Send Runner to Court |
| 09/14/2023 | **Docket Entry:** Suppress Requested | D1 | Send Runner to Court |
| 08/31/2023 | **Docket Entry:** Motion - Denied | | Send Runner to Court |
| 08/31/2023 | **Docket Entry:** Scheduling Event Generated For @ 8/31/2023 1:53:25 PM | P1 | Send Runner to Court |
| 08/31/2023 | **Docket Entry:** Scheduling Event Generated For @ 8/31/2023 1:53:25 PM | D1 | Send Runner to Court |
| 08/02/2023 | **Docket Entry:** Oral Argument Continued To 08/31/2023 At 1:00pm In Court Ro | P1 | Send Runner to Court |
| 08/02/2023 | **Docket Entry:** Oral Argument Continued To 08/31/2023 At 1:00pm In Court Ro | D1 | Send Runner to Court |
| 07/12/2023 | **Docket Entry:** Oral Argument Continued To 08/17/2023 At 1:00pm In Court Ro | P1 | Send Runner to Court |
| 07/12/2023 | **Docket Entry:** Oral Argument Continued To 08/17/2023 At 1:00pm In Court Ro | D1 | Send Runner to Court |
| 06/30/2023 | **Docket Entry:** Response Filed | P1 | Send Runner to Court |
| 06/28/2023 | **Docket Entry:** Pretrial Conference Continued To 07/11/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 06/28/2023 | **Docket Entry:** Pretrial Conference Continued To 07/11/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 06/21/2023 | **Docket Entry:** Motion Filed | D1 | Send Runner to Court |
| 06/02/2023 | **Docket Entry:** Pretrial Conference Continued To 06/20/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 06/02/2023 | **Docket Entry:** Pretrial Conference Continued To 06/20/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 05/18/2023 | **Docket Entry:** Pretrial Conference Continued To 05/30/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 05/18/2023 | **Docket Entry:** Pretrial Conference Continued To 05/30/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 04/20/2023 | **Docket Entry:** Pretrial Conference Continued To 05/09/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 04/20/2023 | **Docket Entry:** Pretrial Conference Continued To 05/09/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 04/04/2023 | **Docket Entry:** Pretrial Conference Continued To 04/18/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 04/04/2023 | **Docket Entry:** Pretrial Conference Continued To 04/18/2023 At 2:00pm In Co | D1 | Send Runner to Court |

Case 2:26-cv-02135-KML--CDB    Document 10-2    Filed 04/24/26    Page 6 of 6

| | | | |
|---|---|---|---|
| 03/08/2023 | **Docket Entry:** Pretrial Conference Continued To 03/21/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 03/08/2023 | **Docket Entry:** Pretrial Conference Continued To 03/21/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 02/09/2023 | **Docket Entry:** Pretrial Conference Continued To 02/28/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 02/09/2023 | **Docket Entry:** Pretrial Conference Continued To 02/28/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 01/19/2023 | **Docket Entry:** Notice Of Appearance Filed | | Send Runner to Court |
| 01/19/2023 | **Docket Entry:** Pretrial Conference Continued To 02/07/2023 At 2:00pm In Co | P1 | Send Runner to Court |
| 01/19/2023 | **Docket Entry:** Pretrial Conference Continued To 02/07/2023 At 2:00pm In Co | D1 | Send Runner to Court |
| 01/11/2023 | **Docket Entry:** Telephone | D1 | Send Runner to Court |
| 12/02/2022 | **Docket Entry:** Arraignment Reschedule Notice Generated New Date/Time 12/23 | P1 | Send Runner to Court |
| 12/02/2022 | **Docket Entry:** Arraignment Reschedule Notice Generated New Date/Time 12/23 | D1 | Send Runner to Court |
| 12/02/2022 | **Docket Entry:** Arraignment Rescheduled To 01/11/2023 At 10:00am In Court | P1 | Send Runner to Court |
| 12/02/2022 | **Docket Entry:** Arraignment Rescheduled To 01/11/2023 At 10:00am In Court | D1 | Send Runner to Court |
| 12/02/2022 | **Docket Entry:** Fingerprints Ordered | D1 | Send Runner to Court |
| 12/01/2022 | **Docket Entry:** Citation Filed | D1 | Send Runner to Court |
| 12/01/2022 | **Docket Entry:** Folder Created | | Send Runner to Court |

To order copies of any documents listed above, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.