MH

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, | No.    CV-26-02135-PHX-KML (CDB) |
| Plaintiff, | |
| v. | **ORDER** |
| William Lemon, et al., | |
| Defendants. | |

**I.      Procedural History**

On October 11, 2025, Plaintiff Mark Hafkey, who is represented by counsel, filed a Complaint (Doc. 1-1 at 4-36)[1] in the Superior Court of Maricopa County, Arizona, against William Lemon and Ty E. Gray.  On March 27, 2026, Defendants Lemon and Gray filed a Notice of Removal and removed the case to this Court.  On April 24, 2026, Defendants filed a Motion to Dismiss (Doc. 7.)

**II.      Removal**

A state court defendant may remove to federal court any civil action brought in the state court over which the federal district courts would have original jurisdiction.  28 U.S.C. § 1441(a).  In his Complaint, Plaintiff alleges, among other things, Fourth, Fifth, and Fourteenth Amendment rights.  This Court's jurisdiction extends to such claims.  *See* 28 U.S.C. § 1331 (a federal court has original jurisdiction "of all civil actions arising under

---

[1] The citation refers to the document and page number generated by the Court's Case Management/Electronic Case Filing system.

TERMPSREF

the Constitution, laws, or treaties of the United States"). It therefore appears this case was properly removed. Fed. R. Civ. P. § 1441(a).

**IT IS ORDERED** that this matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure and is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

Dated this 29th day of April, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

TERMPSREF