Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>Defendants. | No.: CV-26-02135-PHX-KML (CDB)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR RESPONSE AND REPLY TO MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Krissa M. Lanham, and referred to the Honorable Camille D Bibles) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Mark Hafkey ("Plaintiff") and Defendants William Lemon and Ty E. Gray (collectively, "Defendants") hereby stipulate, agree, and respectfully request, that the last day for Plaintiff to file his Response to State Defendants' Motion to Dismiss, ECF No. 7, be extended to May 22, 2026, and that the last day for Defendants to file their Reply in support be extended to June 5, 2026. No previous extensions of these deadlines have been sought or granted, and all parties agree with the relief requested.

Good cause exists for granting the requested extensions. In the two weeks since Defendants filed their Motion to Dismiss, Plaintiff's counsel has been out of the office for significant periods of time due to the need to be with his wife, who recently received a

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

serious medical diagnosis.  Moreover, Plaintiff's counsel's time has been diverted drafting expedited briefing in another federal matter.

For all the foregoing reasons, Plaintiff and Defendants respectfully request that the due date for Plaintiff's Response be extended to no later than May 22, 2026, and that the due date for Defendants' Reply be extended to no later than June 5, 2026, all in accordance with the [Proposed] Order attached hereto.

**RESPECTFULLY SUBMITTED** this 8th day of May 2026.

**MILLS + WOODS LAW, PLLC**

By      */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiff*

**ARIZONA ATTORNEY GENERAL'S OFFICE**

By      */s/ Byron J. Babione (w/ permission)*
        Byron J. Babione
        Kate Weeks
        2005 N Central Ave.
        Phoenix, AZ 85004-1592
        *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Byron J. Babione
byron.babione@azag.gov
Kate Weeks
kate.weeks@azag.gov
**ARIZONA ATTORNEY GENERAL'S OFFICE**
defensephx@azag.gov
2005 N Central Ave.
Phoenix, AZ 85004-1592
(602) 542-7690 (BB)
(602) 542-8622 (KW)
*Attorneys for Defendants*


    */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3