MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Hafkey, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>William Lemon, an individual; Ty E. Gray, an individual,<br><br>Defendants. | No.: CV-26-02135-PHX-KML (CDB)<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR RESPONSE AND REPLY TO MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Krissa M. Lanham, and referred to the Honorable Camille D Bibles) |

THE COURT, having reviewed the "Stipulation for Extension of Time for Response and Reply to Motion to Dismiss" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the last day for Plaintiff to file his Response to State Defendants' Motion to Dismiss, ECF No. 7, to May 22, 2026, and extending the last day for Defendants to file their Reply in support to June 5, 2026.