Case 2:26-cv-02135-KML-CDB Document 13 Filed 05/08/26 Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Hafkey, <br><br> Plaintiff, <br><br> v. <br><br> William Lemon, Ty E. Gray, <br><br> Defendants. | No. CV 26-02135 PHX KML (CDB) <br><br> **ORDER** |

Pursuant to the stipulation at ECF No. 12,

**IT IS ORDERED that** Plaintiff shall have until **May 22, 2026**, to file a response to the motion to dismiss at ECF No. 7, and Defendants shall have until **June 5, 2026**, to file a reply in support of their motion to dismiss.

Dated this 11th day of May, 2026.

Camille D. Bibles
United States Magistrate Judge