Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Mark Hafkey, an individual, | No.: CV-26-02135-PHX-KML (CDB) |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR RESPONSE AND REPLY TO MOTION TO DISMISS** |
| vs. | |
| William Lemon, an individual; Ty E. Gray, an individual, | (Second Request) |
| Defendants. | (Assigned to the Honorable Krissa M. Lanham, and referred to the Honorable Camille D Bibles) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff Mark Hafkey ("Plaintiff") and Defendants William Lemon and Ty E. Gray (collectively, "Defendants") hereby stipulate, agree, and respectfully request, that the last day for Plaintiff to file his Response to State Defendants' Motion to Dismiss, ECF No. 7, be extended to May 29, 2026, and that the last day for Defendants to file their Reply in support be extended to June 12, 2026. One previous extension of these deadlines was sought and granted, and all parties agree with the relief requested.

Good cause exists for granting the requested extensions. In addition to continuing to attend to his wife and young daughter due to a recent serious medical diagnosis by the

former, this week Plaintiff's counsel contracted RSV, or an RSV-like illness, and was away from the office for significant periods of time recuperating.

For all the foregoing reasons, Plaintiff and Defendants respectfully request that the due date for Plaintiff's Response be extended to no later than May 29, 2026, and that the due date for Defendants' Reply be extended to no later than June 12, 2026, all in accordance with the [Proposed] Order attached hereto.

**RESPECTFULLY SUBMITTED** this 22nd day of May 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**ARIZONA ATTORNEY GENERAL'S OFFICE**

By    */s/ Byron J. Babione (w/ permission)*
    Byron J. Babione
    Kate Weeks
    2005 N Central Ave.
    Phoenix, AZ 85004-1592
    *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Byron J. Babione
byron.babione@azag.gov
jill.lafornara@azag.gov
marjorie.schnell@azag.gov
Kate Weeks
kate.weeks@azag.gov
olivia.villa@azag.gov
tatiana.nunez@azag.gov
**ARIZONA ATTORNEY GENERAL'S OFFICE**
defensephx@azag.gov
2005 N Central Ave.
Phoenix, AZ 85004-1592
(602) 542-7690 (BB)
(602) 542-8622 (KW)
*Attorneys for Defendants*


_____ */s/ Ben Dangerfield* _____

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556