**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Mark Hafkey,

          Plaintiff,

v.

William Lemon, Ty E. Gray,

          Defendants.

No. CV 26-02135 PHX KML (CDB)

**ORDER**

Pursuant to the stipulation at ECF No. 14,

**IT IS ORDERED that** Plaintiff shall have until **May 29, 2026**, to file a response to the motion to dismiss at ECF No. 7, and Defendants shall have until **June 12, 2026**, to file a reply in support of their motion to dismiss.

Dated this 22nd day of May, 2026.

Camille D. Bibles
United States Magistrate Judge