# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Mark Hafkey,

            Plaintiff,

v.

William Lemon, Ty E. Gray,

            Defendants.

No. CV 26-02135 PHX KML (CDB)

**ORDER**

**IT IS ORDERED that**, pursuant to the parties' third stipulation to extend the relevant deadlines, Plaintiff's response (ECF No. 17) to the motion to dismiss at ECF No. 7 is deemed timely, and Defendants shall have until **June 19, 2026**, to file a reply in support of their motion to dismiss.

Dated this 4th day of June, 2026.

_____

Camille D. Bibles

United States Magistrate Judge